23 So.2d 886

**Willie James SMART v. STATE.**

4 Div. 864.

Court of Appeals of Alabama.

Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

26 So.2d 925

**Alex SMITH v. STATE.**

*I Div. 532.*

Court of Appeals of Alabama.

Aug. 2, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

23 So.2d 149

**Edgar SMITH v. STATE.**

4 Div. 889.

Court of Appeals of Alabama.

May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

24 So.2d 926

**Robert SMITH v. STATE.**

7 Div. 824.

Court of Appeals of Alabama.

Feb. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

23 So.2d 886

**Sam SMITH v. STATE.**

4 Div. 899.

Court of Appeals of Alabama.

Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

25 So.2d 857

**Ella SNOW v. STATE.**

I Div. 522.

Court of Appeals of Alabama.

April 9, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.